UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**FILED**

NOV 20 1998

Civil Action No.
7:98-CV-4F(1)

| | |
|---|---|
| AMERICAN CANOE ASSOCIATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Intervenor, ) | |
| v. ) | Civil Action No. |
| ) | 7:98-CV-4F(1) |
| MURPHY FARMS, INC. d/b/a ) | |
| MURPHY FAMILY FARMS, and ) | |
| D.M. FARMS OF ROSE HILL, L.L.C. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| PROFESSIONAL PADDLESPORTS ) | |
| ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 7:98-CV-19-F(1) |
| MURPHY FARMS, INC. d/b/a ) | |
| MURPHY FAMILY FARMS, and ) | |
| D.M. FARMS OF ROSE HILL, L.L.C. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| CONSERVATION COUNCIL OF NORTH ) | |
| CAROLINA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 7:98-CV-209-F(1) |
| MURPHY FARMS, INC. d/b/a ) | |
| MURPHY FAMILY FARMS, and ) | |
| D.M. FARMS OF ROSE HILL, L.L.C. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**UNITED STATES OF AMERICA'S MOTION FOR LEAVE
TO FILE ITS COMPLAINT IN INTERVENTION
INTRODUCTION**

NOW COMES the United States of America, by and through the Attorney General of the United States and through its undersigned counsel, acting a the request and on behalf of the Administrator of the United States Environmental Protection Agency, and moves the Court pursuant to Federal Rule of Civil Procedure Rule 24(a) and Section 505(c)(2) of the Clean Water Act, 33 U.S.C. § 1365(c)(2), to permit the United States to intervene in the instant matter by filing and serving the attached proposed complaint in intervention. The grounds for this motion are fully explained in the United States of America's Memorandum in Support of the United States of America's Motion for Leave to File its Complaint in Intervention which is filed herewith.

Respectfully submitted,

LOIS J. SCHIFFER
Assistant Attorney General
Environment and Natural Resources
  Division
United States Department of Justice

ADAM M. KUSHNER
Senior Counsel
PAUL WOLFTEICH
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources
  Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 514-4046
Facsimile: (202) 514-2583

JANICE MCKENZIE COLE
United States Attorney
Eastern District of North Carolina

_(signature)_ for

R.A. RENFER, JR.
Assistant United States Attorney
Chief, Civil Division
310 New Bern Ave., Suite 800,
Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821


OF COUNSEL:

ADAM SOWATZKA
Assistant Regional Counsel
U.S. Environmental Protection
  Agency -- Region IV
61 Forsyth Street
Atlanta, GA  30303

CIANNAT HOWETT
Attorney/Advisor
U.S. Environmental Protection
  Agency
Office of Enforcement and
  Compliance Assurance
Mail Code 2243A
401 M Street, S.W.
Washington, D.C.  20460

## CERTIFICATE OF SERVICE

I, Adam M. Kushner, hereby certify that a copy of the foregoing United States of America's Motion for Leave To File Its Complaint in Intervention, accompanying memorandum, and Complaint in Intervention was served by depositing a copy in te United States mail, postage prepaid, addressed to the following:

Carolyn Smith Pravlik, Esq.
Terris, Pravlik, & Wagner
1121 12th Street, N.W.
Washington, D.C.  20005-4632

Joseph Gilbert, Esq.
McNeil & Gilbert
824 Gum Branch Road, Suite N
Jacksonville, NC 28450

David Bookbinder, Esq.
American Canoe Association, Inc.
7432 Alban Station Boulevard
Suite B-226
Springfield, VA 22150-2311

Marsh Smith, Esq.
Cunningham, Dedmond, Peterson & Smith, LLP
225 North Bennett Street
South Pines, NC 28387

Charles C. Meeker
John J. Butler
Parker, Poe, Adams & Bernstein LLP
PO Box 389
150 Fayetteville Street Mall
Suite 1400
Raleigh, NC 27602-0389

Laurie B. Gengo
The Sanford Holshauser Law Firm, PLLC
PO Box 2447
Raleigh, NC 27601

Reef C. Ivey
Murphy Family Farms
Route 2, Highway 117 South
Rose Hill, NC 28458

Richard Schwartz
Crowell & Moring
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595


Dated November 19, 1998, at Washington, D.C.

_____
Adam M. Kushner
Senior Counsel