IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED
DEC 10 '98

| | | |
|---|---|---|
| AMERICAN CANOE ASSOCIATION, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No.: 7-98-CV-4-F(1) |
| v. | ) ) | Civil Action No.: 7-98-CV-19-F(1) Civil Action No.: 5-98-CV-209-F(1) |
| MURPHY FARMS, INC., d/b/a MURPHY FAMILY FARMS and D.M. FARMS OF ROSE HILL, L.L.C. | ) ) ) ) | |
| Defendants. | ) | |

## ALTERNATIVE MOTION TO JOIN THE NORTH CAROLINA DEPARTMENT OF ENVIRONMENT AND NATURAL RESOURCES AS A PARTY

In the event that the United States Environmental Protection Agency's motion to intervene is granted, then pursuant to Rule 19(a)(1) of the Federal Rules of Civil Procedure, D.M. Farms of Rose Hill L.L.C. and Murphy Farms, Inc. move to join the North Carolina Department of Environment and Natural Resources ("Department") as a party to this action. For the reasons set forth in the accompanying Memorandum, the Department should be joined as a defendant if the United States Environmental Protection Agency is allowed to intervene because, in the Department's absence, complete relief cannot be accorded among those already parties.

This the 9th day of December, 1998.

By: _____
Charles C. Meeker
N.C. State Bar No. 6757
John J. Butler
N.C. State Bar No. 10820
PARKER, POE, ADAMS & BERNSTEIN L.L.P.
Post Office Box 389
150 Fayetteville Street Mall, Suite 1400
Raleigh, North Carolina 27602-0389
(919) 828-0564
Richard E. Schwartz, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

Reef C. Ivey, II, Esq.
Murphy Family Farms
Rt. 2, Highway 117 South
Rose Hill, North Carolina 28458

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, Charles C. Meeker, hereby certify that a copy of the foregoing **ALTERNATIVE MOTION TO JOIN THE NORTH CAROLINA DEPARTMENT OF ENVIRONMENT AND NATURAL RESOURCES AS A PARTY** was served by depositing a copy in the United States mail, postage prepaid, addressed to the following:

Carolyn Smith Pravlik, Esq.
Terris, Pravlik & Wagner
111 12th Street, N.W.
Washington, D.C. 20005-463

Joseph Gilbert, Esq.
McNeil & Gilbert
824 Gum Branch Road, Suite N
Jacksonville, NC 28450

David Bookbinder, Esq.
American Canoe Association, Inc.
7432 Alban Station Boulevard
Suite B-226
Springfield, VA 22150-2311

Marsh Smith, Esquire
Cunningham, Dedmond, Petersen & Smith, LLP
225 North Bennett Street
Southern Pines, NC 28387

Adam M. Kushner, Esq.
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7611
Washington, D.C. 20044

R.A. Renfer, Jr., Esq.
Assistant United States Attorney Chief, Civil Division
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, North Carolina 27601-1461

This the 9th day of December, 1998.

_____
~~Charles C. Meeker~~